UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATIONAL ROOFERS UNION AND EMPLOYERS JOINT HEALTH AND WELFARE FUND**<br><br>and<br><br>**NATIONAL ROOFING INDUSTRY PENSION FUND**<br><br>versus<br><br>**ASCENSION SHEET METAL, LLC**<br>**D/B/A JRE, LLC**<br>**F/K/A ASCENSION ROOFING & SHEET METAL, INC** | CIVIL ACTION NO. 3:13-CV-00597<br><br>JUDGE: JOHN W. DEGRAVELLES<br><br>MAGISTRATE: STEPHEN RIEDLINGER |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Plaintiffs, National Roofers Union and Employers Joint Health and Welfare Fund, and National Roofing Industry Pension Fund (the "Funds") under Federal Rule of Civil Procedure 56, who move for summary judgment against Defendants, Ascension Sheet Metal, LLC d/b/a JRE, LLC f/k/a Ascension Roofing & Sheet Metal, Inc. ("Ascension"). The pleadings, deposition testimony of Rebecca Evans-Mouk and John Evans, attached exhibits, and affidavits show that there is no genuine dispute as to any material fact, and the Funds are entitled to judgment as a matter of law.

Ascension is a contractor engaged in the roofing industry. Ascension operates under a Collective Bargaining Agreement between the Baton Rouge Roofing and Sheet Metal Contractors Association and the United Union of Roofers, Waterproofers and Allied Workers Local 317. The Funds approved a payroll audit based on Ascension failure to report and remit contributions on its covered employees. The payroll audit revealed that Ascension owed delinquent contributions. Ascension argues against owing contributions on nonunion

1

employees engaged in roofing. The legal issue pertains to the interpretation of the CBA, and whether contributions are owed on nonunion employees engaged in covered employment. Since no genuine issue exists as to material facts, summary judgment must be entered for the Roofers Funds as a matter of law.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Court grant their motion for Summary Judgment and grant the following monetary relief:

1. $134,098.88, representing the amount owed as delinquent contributions for the period from January 2011 through January 2013, including interest and liquidated damages:

    a. $73,597.17 in unpaid contributions, $14,779.57 in interest, and $7,359.72 in liquidated damages to the National Roofers Union And Employers Joint Health and Welfare Fund; and

    b. $29,565.85 in unpaid contributions, $5,839.99 in interest, and $2,956.58 in liquidated damages to the National Roofing Industry Pension Fund.

2. The payroll audits fees total $4,950.75.

3. To date, attorneys' fees total $36,107.50 in the prosecution of this action.

4. Accruing and continuing contributions from January 2013 to present.

5. Judgment in the amount of $175,157.13 is an appropriate partial payment pending a final payroll audit and compliance under the CBA.

6. In support of the foregoing, Plaintiffs offer the following documentary evidence:

    **Exhibit 1**:   Deposition Testimony of Rebecca Evans Mouk, November 14, 2014

    **Exhibit 2:**   Deposition Testimony of John Evans, November 14, 2014

**Exhibit 3:**     Agreement Between Baton Rouge and Sheet Metal Contractors Association Inc. and United Union of Roofers, Waterproofers and Allied Workers Local 317, Expires November 30, 2014.

**Exhibit 4:**     Legacy Professionals LLP, Compliance Audit Report

**Exhibit 5:**     JRE, LLC Payroll Allocation Record

**Exhibit 6:**     JRC, LLC Employee Classification Report

**Exhibit 7:**     Ascension Roofing & Sheet Metal Letter to Roofer Local 317, October 6, 2014

**Exhibit 8:**     Affidavit of Attorney, Paula Bruner

**Exhibit 9:**     Affidavit of Auditor, James Kemperas

           Respectfully submitted,

           **ROBEIN, URANN,**
           **SPENCER, PICARD & CANGEMI, APLC**

           s**/ PAULA M. BRUNER**
           Julie Richard-Spencer (LA Bar No. 20340)
           Paula M. Bruner (LA Bar No. 30417)
           2540 Severn Avenue, Suite 400
           Metairie, Louisiana 70002
           Telephone:  (504) 885-9994
           Facsimile:   (504) 885-9969
           Email:  jrichard@ruspclaw.com
           Email:  pbruner@ruspclaw.com

           *ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing pleading to John Wilbert, III, attorney for Ascension Sheet Metal, LLC by using the CM/ECF system, which will send notice of electronic filing by operation of the Court's electronic filing system this 16th day of December, 2014.

                                                    *s/ Paula M. Bruner*
                                                    PAULA M. BRUNER