UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL ROOFERS UNION AND EMPLOYERS JOINT HEALTH AND WELFARE FUND | CIVIL ACTION NO. 3:13-CV-00597 |
| and | JUDGE: JOHN W. DEGRAVELLES |
| NATIONAL ROOFING INDUSTRY PENSION FUND | MAGISTRATE: STEPHEN RIEDLINGER |
| versus | |
| ASCENSION SHEET METAL, LLC D/B/A JRE, LLC F/K/A ASCENSION ROOFING & SHEET METAL, INC | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the motion for Summary Judgment filed by the Plaintiffs, pursuance to Fed. R. Civ. P. 56 will be brought for hearing on the _____ day of _____, 2015, at ____:____ a.m./p.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

**ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC**

s**/ PAULA M. BRUNER**
Julie Richard-Spencer (LA Bar No. 20340)
Paula M. Bruner (LA Bar No. 30417)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: jrichard@ruspclaw.com
Email: pbruner@ruspclaw.com

*ATTORNEYS FOR PLAINTIFFS*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing pleading to John Wilbert, III, attorney for Ascension Sheet Metal, LLC by using the CM/ECF system, which will send notice of electronic filing by operation of the Court's electronic filing system this 16th day of December, 2014.

                                       s/ *Paula M. Bruner*
                                       PAULA M. BRUNER